No. 04–719.   ZIEGLER v. BANK OF AMERICA, NT & SA, ET AL. C. A. 9th Cir.   Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–6887.   HARDISON v. NEWLAND, WARDEN.   C. A. 9th Cir.   Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–6922.   DICKERSON v. BOCK, WARDEN.   C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.

No. 04–6923.   DICKERSON v. BOCK, WARDEN.   C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.

No. 04–7524.   BECKLEY v. MINER, WARDEN.   C. A. 3d Cir. Certiorari before judgment denied.

No. 03–1632.   GANESAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 816;
No. 03–1676.   HAYES v. NICE SYSTEMS LTD. ET AL., ante, p. 819;
No. 03–9675.   STRANGE v. NORFOLK SOUTHERN CORP., ante, p. 822;
No. 03–10091.   HIRAHARA v. KRAMER, WARDEN, ante, p. 824;
No. 03–10096.   GUILLORY v. CAIN, WARDEN, ante, p. 824;
No. 03–10321.   MOSLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 830;
No. 03–10375.   FIGUEROA v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL., ante, p. 832;
No. 03–10376.   ISAAC v. YARBOROUGH, WARDEN, ante, p. 832;
No. 03–10485.   MOSLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 836;
No. 03–10488.   PERRY v. UNITED PARCEL SERVICE, INC., ante, p. 836;
No. 03–10590.   JOHNSON v. SHERRY, WARDEN, ante, p. 840;
No. 03–10620.   NELSON v. UNITED STATES, ante, p. 978;

No. 03–10695. SMALLS v. UNITED STATES ET AL., *ante*, p. 942;

No. 03–10801. CROWLEY v. RENICO, WARDEN, *ante*, p. 851;

No. 03–10992. IN RE SMITH, *ante*, p. 808;

No. 03–11022. WILLIAMS v. UNITED STATES, *ante*, p. 864;

No. 04–50. ALLEN v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 871;

No. 04–239. SCRINGER v. GREEN POINT BANK, *ante*, p. 957;

No. 04–285. SEIBEL ET UX. v. JLG INDUSTRIES, INC., ET AL., *ante*, p. 958;

No. 04–325. BRACKMAN v. INDIANA ET AL., *ante*, p. 979;

No. 04–361. CLISSURAS ET AL. v. CITY UNIVERSITY OF NEW YORK ET AL., *ante*, p. 987;

No. 04–411. ARMSTRONG v. BOULDEN, BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, ET AL.; ARMSTRONG v. CORNISH, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL.; and ARMSTRONG v. CORNISH, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL., *ante*, p. 960;

No. 04–458. MARSHALL v. BOWLES, JUDGE, *ante*, p. 988;

No. 04–5022. SHEIKH v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 878;

No. 04–5048. SIMS v. TANNER, *ante*, p. 879;

No. 04–5055. HAYES v. UNITED STATES, *ante*, p. 880;

No. 04–5069. PASSARELLI v. GIURBINO, WARDEN, *ante*, p. 881;

No. 04–5142. GRETHEN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 884;

No. 04–5143. DENNIS v. DEPARTMENT OF JUSTICE ET AL., *ante*, p. 884;

No. 04–5147. BOOSE v. UNITED STATES, *ante*, p. 884;

No. 04–5199. BRYANT v. HOWES, *ante*, p. 887;

No. 04–5221. DIETELBACH v. OHIO EDISON CO., *ante*, p. 888;

No. 04–5371. COMBS v. UNITED STATES, *ante*, p. 896;

No. 04–5394. SCOTT v. ANDREWS, WARDEN, *ante*, p. 897;

No. 04–5536. COLLIER v. HOME DEPOT, *ante*, p. 905;

No. 04–5551. MILLER-BEY v. PARKER, WARDEN, *ante*, p. 905;

No. 04–5577. IN RE DEROCK, *ante*, p. 923;

No. 04–5617. BELL v. LAMARQUE, WARDEN, *ante*, p. 961;

No. 04–5664.  GRANDOIT v. TECHNICAL AID CORP., *ante*, p. 931;

No. 04–5666.  GREEN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 931;

No. 04–5681.  BENEFIEL v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON, *ante*, p. 979;

No. 04–5772.  PHILLIPS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 933;

No. 04–5778.  SCOTT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 934;

No. 04–5788.  HYMES v. MCILWAIN ET AL., *ante*, p. 934;

No. 04–5810.  DeBOSE v. LAIN, *ante*, p. 935;

No. 04–5825.  HARDY v. UNITED STATES (two judgments), *ante*, p. 912;

No. 04–5855.  GRATTON v. CEPAK, WARDEN, ET AL., *ante*, p. 935;

No. 04–5894.  VAUGHAN v. SOUTHERN AIR ET AL., *ante*, p. 935;

No. 04–5905.  COTTON v. AGNES SLACK LP OF GEORGIA, *ante*, p. 946;

No. 04–5923.  BLOM v. UNITED STATES, *ante*, p. 914;

No. 04–5958.  HOTCHKISS v. CLAY TOWNSHIP, *ante*, p. 961;

No. 04–5975.  AUSTIN v. SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY, *ante*, p. 961;

No. 04–5977.  MUWAKKIL v. VIRGINIA ET AL. (two judgments), *ante*, p. 961;

No. 04–5979.  MURRAY v. TOWN OF MANSURA, LOUISIANA, ET AL., *ante*, p. 961;

No. 04–5980.  EDWARDS v. STRINGER ET AL., *ante*, p. 961;

No. 04–6049.  TIMMONS v. MANATT, PHELPS & PHILLIPS, LLP, ET AL., *ante*, p. 963;

No. 04–6073.  IN RE NORMAN, *ante*, p. 954;

No. 04–6077.  FREE, AKA COIN v. UNITED STATES, *ante*, p. 937;

No. 04–6081.  POTTER v. CASTRO, WARDEN, ET AL., *ante*, p. 947;

No. 04–6087.  IN RE BOAKYE-YIADOM, *ante*, p. 923;

No. 04–6141.  IN RE HARLEY, *ante*, p. 807;

No. 04–6143.  GRETHEN v. CIRCUIT COURT OF VIRGINIA, CITY OF SUFFOLK, *ante*, p. 948;

No. 04–6149.  BURNETT v. ASHCROFT, ATTORNEY GENERAL, ET AL., *ante*, p. 965;

No. 04–6153.  WILSON *v.* TAYLOR, *ante*, p. 965;

No. 04–6183.  SEARLES *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO, ILLINOIS, ET AL., *ante*, p. 980;

No. 04–6184.  GRIFFIN ET UX. *v.* TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, *ante*, p. 965;

No. 04–6207.  MILLER *v.* TRAWICK ET AL., *ante*, p. 989;

No. 04–6226.  MAYERS *v.* SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., *ante*, p. 966;

No. 04–6259.  HODGE ET VIR *v.* UNITED STATES POST OFFICE, LEXINGTON PARK, MARYLAND, ET AL., *ante*, p. 981;

No. 04–6303.  SVANHOLM *v.* MONTGOMERY COUNTY, MARYLAND, ET AL., *ante*, p. 991;

No. 04–6305.  DONALDSON *v.* UNITED STATES, *ante*, p. 981;

No. 04–6321.  ANDERSON *v.* TURNER ENTERTAINMENT NETWORKS, INC., *ante*, p. 981;

No. 04–6382.  COFIELD *v.* MARYLAND, *ante*, p. 967;

No. 04–6429.  CAMPBELL *v.* UNITED STATES, *ante*, p. 969;

No. 04–6440.  REED *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, *ante*, p. 970;

No. 04–6458.  WRIGHT *v.* UNITED STATES, *ante*, p. 970;

No. 04–6486.  MONSIVAIS SALAZAR *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 1007;

No. 04–6517.  MURPHY *v.* UNITED STATES, *ante*, p. 973;

No. 04–6519.  KING *v.* UNITED STATES, *ante*, p. 973;

No. 04–6872.  CALDWELL *v.* UNITED STATES, *ante*, p. 994; and

No. 04–6967.  McKOY *v.* UNITED STATES POSTAL SERVICE ET AL., *ante*, p. 1013.  Petitions for rehearing denied.

No. 03–1482.  ASSA'AD-FALTAS *v.* ASHCROFT, ATTORNEY GENERAL, ET AL., *ante*, p. 917.  Petition for rehearing denied.  JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 04–237.  IRVIN, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, IRVIN, ET AL. *v.* HYDROCHEM INC. ET AL., *ante*, p. 976; and

No. 04–333.  LOWE *v.* WAL-MART STORES, INC. ASSOCIATES HEALTH AND WELFARE PLAN ET AL., *ante*, p. 995.  Petitions for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of these petitions.